| | |
|---|---|
| 1 | J. RUSSELL STEDMAN (SBN 117130) |
| | PETER J. FELSENFELD (SBN 260433) |
| 2 | HINSHAW & CULBERTSON LLP |
| | One California Street, 18th Floor |
| 3 | San Francisco, CA 94111 |
| | Telephone:    415-362-6000 |
| 4 | Facsimile:    415-834-9070 |

Attorneys for Defendant
LIFE INSURANCE COMPANY OF NORTH AMERICA

MICHELLE L. ROBERTS (SBN 239092)
CASSIE SPRINGER AVENI (SBN 221506)
SPRINGER & ROBERTS LLP
1050 Marina Village Parkway, Suite 105
Alameda, CA 94501
Telephone:    510-992-6130
Facsimile:    510-280-7564

RUTH A. SILVER TAUBE (SBN 169589)
SILVER & TAUBE
1339 Pauline Drive
Sunnyvale, CA 94087
Telephone:    408-737-2313
Facsimile:    408-737-2937

Attorneys for Plaintiff
DONALD HAYES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DONALD HAYES, | Case No. 5:15-CV-03731-BLF |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(II) AND ORDER** |
| vs. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | Complaint Filed: August 17, 2015 |
| Defendant. | |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties through their designated counsel, that the above-captioned action is voluntarily dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a) (1)(A)(ii), all parties to bear their own attorney's fees and costs.

Dated:  November 20, 2015                                     HINSHAW & CULBERTSON LLP

                                                              By: *//s// J. Russell Stedman*
                                                                  J. RUSSELL STEDMAN
                                                                  PETER J. FELSENFELD
                                                                  Attorneys for Defendant
                                                                  LIFE INSURANCE COMPANY OF NORTH AMERICA

Dated:  November 20, 2015                                     SPRINGER & ROBERTS LLP

                                                              By: *//s// Michelle L. Roberts*
                                                                  MICHELLE L. ROBERTS
                                                                  CASSIE SPRINGER AYENI
                                                                  Attorneys for Plaintiff
                                                                  DONALD HAYES

**SIGNATURE ATTESTATION**

I hereby attest that I have obtained the concurrence of Michelle L. Roberts, Esq., counsel for Plaintiff Donald Hayes, for the filing of this stipulation.

                                                              *//s// J. Russell Stedman*
                                                              J. RUSSELL STEDMAN

IT IS SO ORDERED

BETH LABSON FREEMAN
U.S. District Judge